**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
DALJIT SINGH SIDHU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-00138-AWI |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| UDHEBHAN SINGH SIDHU, MANJIT SINGH SIDHU, **DALJIT SINGH SIDHU,** JAGDEEP SINGH SIDHU, | |
| DEFENDANT | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII; AND MARK E. CULLERS, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, DALJIT SINGH SIDHU, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for 11/13/2006  be continued to 01/08/2007.

   I am respectfully requesting a continuance of the status conference hearing in order to conduct further investigation. I have been in contact with Mr. Cullers, AUSA and all counsel, and they do not oppose this request.

   Based upon the foregoing, I respectfully request that the sentencing be continued to

January 8, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

Dated: 11/08/2006

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant

/s/ Kevin Little
KEVIN LITTLE
Attorney for Jagdeep Singh Sidhu

/s/ Gregory H. Mitts
GREGORY H. MITTS
Attorney for Udhedeban Singh Sidhu

/s/ Daniel Bacon
DANIEL BACON
Attorney for Manjit Singh SIdhu

McGREGOR W. SCOTT
United States Attorney

Dated: 11/08/2006

/s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   November 13, 2006**          /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE