**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661) 326-0936
E-mail: lawtorres@aol.com

Attorney for:
DALJIT SINGH SIDHU

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №. 06-CR-00138 AWI |
| PLAINTIFF, | **STIPULATION AND ORDER REGARDING DEFENDANT'S INTERNATIONAL TRAVEL** |
| vs. | |
| DALJIT SINGH SIDHU, | |
| DEFENDANT. | |

TO: THE CLERK OF THE CENTRAL DISTRICT COURT, THE HONORABLE ANTHONY W. ISHII, DISTRICT JUDGE; MARK CULLERS, CHIEF ASSISTANT UNITED STATES ATTORNEY:

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendant, who is currently on probation to this court be allowed to travel from his residence to the country if India, between the dates listed below:

Departure: December 4, 2008

Return: January 4, 2009

//

//

This stipulation and proposed order is submitted with the approval of the United States Probation Office.

/s/ David A. Torres
DAVID A. TORRES
Counsel for Defendant
MARIA SERRANO


/s/ Mark E. Cullers
MARK E. CULLERS
Attorney for the
United States of America

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant, DALJIT SINGH SIDHU, may, with the courts permission, travel to India departing on December 4, 2008 and returning on January 4, 2009.

IT IS SO ORDERED.

**Dated:     October 15, 2008**                    **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE